IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00018-WYD-BNB

DENISE LYONS,

    Plaintiff,

v.

WM SPECIALTY MORTGAGE LLC;
COUNTRYWIDE HOME LOANS;
HANNAH NAUMOFF-DULSKI, Registration No. 37477;
THE LAW FIRM OF CASTLE MEINHOLD & STAWIARSKI, LLC; and
STEPHANIE O'MALLEY, in her personal capacity,

    Defendants.

**ORDER AFFIRMING AND ADOPTING RECOMMENDATIONS
OF UNITED STATES MAGISTRATE JUDGE**

THIS MATTER is before the Court on the following motions: (1) Countrywide Home Loans, Inc. and WM Specialty Mortgage, LLC's Motion to Dismiss or for Summary Judgment (docket #12), filed February 6, 2008; (2) Defendants' Motion to Dismiss Plaintiff's Complaint (docket #8), filed February 1, 2008; and (3) Plaintiff's Motion for Leave to Re-Serve Defendants (docket #21), filed March 17, 2008. The motions were referred to Magistrate Judge Boyd N. Boland for a Recommendation by Order of Reference dated January 17, 2008. Magistrate Judge Boland issued two separate Recommendations on June 27, 2008. Specifically, Magistrate Judge Boland recommended that Countrywide Home Loans, Inc. and WM Specialty Mortgage, LLC's Motion to Dismiss or for Summary Judgment (docket #12) be granted, that Defendants'

Motion to Dismiss Plaintiff's Complaint (docket #8) be denied, and that Plaintiff's Motion for Leave to Re-Serve Defendants (docket #21) be granted. (Recommendation at 1, docket #24; Recommendation at 1, docket #25.) The Recommendations are incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).

The Recommendations advised the parties that specific written objections were due within ten (10) days after being served with a copy of the Recommendations. (Recommendation at 12, docket #24; Recommendation at 2-3, docket #25.) Despite this advisement, no objections to the Magistrate Judge's Recommendations were filed by any party.

"In the absence of timely objection, the district court may review a magistrate . . . [judge's] report under any standard it deems appropriate." *Summers v. Utah,* 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn,* 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings"). Applying this standard, I am satisfied that the Recommendations of Magistrate Judge Boland are sound and that there is no clear error on the face of the record. *See* Fed. R. Civ. P. 72(a). I agree that Countrywide Home Loans, Inc. and WM Specialty Mortgage, LLC's Motion to Dismiss or for Summary Judgment should be granted, that Defendants' Motion to Dismiss Plaintiff's Complaint should be denied, and that Plaintiff's Motion for Leave to Re-Serve Defendants should be granted. Accordingly, it is hereby

ORDERED that the Recommendations of United States Magistrate Judge Boland

(docket #24 and docket #25), filed June 27, 2008, are **AFFIRMED** and **ADOPTED**.

In accordance therewith, it is

FURTHER ORDERED that Countrywide Home Loans, Inc. and WM Specialty Mortgage, LLC's Motion to Dismiss or for Summary Judgment (docket #12) is **GRANTED** and that summary judgment shall be entered in their favor on the Plaintiff's FDCPA claims. It is

FURTHER ORDERED that Plaintiff's request for declaratory relief is **DISMISSED**. It is

FURTHER ORDERED that Defendants' Motion to Dismiss Plaintiff's Complaint (docket #8) is **DENIED**. It is

FURTHER ORDERED that Plaintiff's Motion for Leave to Re-Serve Defendants (docket #21) is **GRANTED.** It is

FURTHER ORDERED that the Plaintiff is directed to complete service of process on Defendants Castle, Meinhold & Stawiarski, LLC, and Hannah Naumoff-Dulski within **(20) twenty days of the date of this Order**.

Dated: July 18, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge