IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00018-WYD-BNB

DENISE LYONS,

    Plaintiff,

v.

HANNAH NAUMOFF-DULSKI, Registration No. 37477;
THE LAW FIRM OF CASTLE MEINHOLD & STAWIARSKI, LLC,

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER is before the Court upon review of the file. On July 18, 2008, I issued an Order affirming and adopting the recommendations of Magistrate Judge Boland. In my Order, I directed the Plaintiff to complete service of process on Defendants Castle, Meinhold & Stawiarski, LLC, and Hannah Naumoff-Dulski within (20) twenty days of the date of my Order (July 18, 2008). As of today's date, Plaintiff has failed to serve these Defendants. Therefore, I find that this action should be dismissed without prejudice. Accordingly, it is

ORDERED that due to Plaintiff's failure to serve Defendants Castle, Meinhold & Stawiarski, LLC, and Hannah Naumoff-Dulski, this case shall be **DISMISSED WITHOUT PREJUDICE.**

Dated: August 13, 2008

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                U. S. District Judge